IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

STANLEY CARTER,

            Plaintiff,

       v.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

            Defendant.

No. CV 07-85-MO

JUDGMENT

**MOSMAN, J.,**

    Based on the record,

    IT IS ORDERED AND ADJUDGED that the Commissioner's decision is REVERSED, and this case is REMANDED for further proceedings consistent with the Opinion and Order of the court filed January 22, 2008 (#18).

    DATED this  28th  day of February, 2008.

                               /s/ Michael W. Mosman
                               MICHAEL W. MOSMAN
                               United States District Judge

PAGE 1 - JUDGMENT